Case 3:18-cv-01306-G-BT   Document 1-6   Filed 05/22/18   Page 1 of 8   PageID 16

FILED
DALLAS COUNTY
4/25/2018 10:19 PM
FELICIA PITRE
DISTRICT CLERK

Marissa Pittman

1-CIT PCT 1

Cause Number        DC-18-05510

Court Number        District court

Plaintiff: Jason Patrick Jones

Vs

Dallas Veterans Hospital, VA North Texas Health Care System        Dallas, Texas

## PLANTIFF'S ORIGINAL PETITION

### DISCOVERY CONTROL PLAN

Plaintiff request a level two discovery plan

### PARTIES

Plaintiff Jason Patrick Jones an individual who resides at Salvation Army 5302 Harry Hines Blvd. Dallas, TX 75219 home address, mailing address is 4848 Lemmon Ave Box 415 Dallas, TX 75219

Defendant Dallas Veteran Hospital, Va North Texas Health System may be served with process by serving its corporations registered address Dallas Veterans Hospital, VA North Texas Health Care System 4500 S Lancaster Rd, Dallas, TX  75216  214-742-8387

### VENUE

At all-time to the cause of action detailed below, plaintiff and defendant resided in the city of Dallas, county of Dallas, Texas.  Furthermore the actions complained of below arose in whole or in part in the city of Dallas, Texas.

### FACTUAUL BACKGROUND

On August 1, 2016 the plantiff Jason Patrick Jones presented to the emergency room at 4500 s. Lancaster Rd, Dallas tx 75216 Dallas Veterans Hospital for a forensic sexaul assault exam to collect evidence following a sexual assault that he was the victim of on 08/01/2016 in Dallas, TX.  The plantiff was drugged and raped by a group of people at a night club "lizard Lounge" on Swiss ave in deep ellum dallas.  After checking into the emergency and waiting to be seen by an emergency room physician.  A man named Robert working in the emergency room notified the plantiff Jason P Jones that they do not do rape kits/sane exams at the dallas VA hospital.  The Plantiff was upset about this and did not want a transfer to another facility as he is a veteran and didnt want to have to be seen at another facility or explain what happend again to another person.  Robert said that they could not do one there and that Jason Patrick Jones would have to be transfered to Parkland hospital where they have a trained team to perform these exams. Against Jason Patrick Jones wanting he was transfered to another hospital, see exhibit 1 documents from Jason Patrick Jones dallas va health record.  The documentation is done by a nurse name amy lester who the plantiff never actually saw in the emergency room.  Robert who

the plantiff believed was a nurse was the only one Jason Patrick Jones spoke to. The document shows va police notified, va police notified dallas police to transport the patient to Parkland Hospital. After being in the Dallas Va emergency room for almost over two hours a dallas police officer picked Jason Jones up and transfered him in the back of a marked dallas police car. The Police officer took Jason Jones to Methodist Dallas not to Parkland. Jason thought he was there to see a special team to do his rape kit/sane exam but was never seen by an Emergency room doctor there either and Methodist does not know where the rape kit is at. Dallas police wont respond regarding this issue giving me Jason Jones the officers name that picked me up. I did report the case to the Dallas Police Department Detective Abel Lopez is the investigating officer. See exhibit 2 part of the sane exam documents showing i arrived via dallas police department. All hospital emergency rooms are required to provide sexaul assualt forensic exams passed by Wendy Davis senate bill 1191. Also, the texas health and safety code 323.0045 states that all nurses working in an emergency department of a healthcare facility must have basic evidence collection training.

## CAUSE OF ACTION

Medical-Malpractice

## DAMAGES

As a result of defendants actions complained of in this petition. Plaintiff suffered the following damages. The plaintiff has suffered great irreparable losses since his visit to Dallas VA hospital. He has been unable to work as a surgical tech for a year and a half. He has had multiple psychiatric hospitalizations to include three months at state hospital Wichita falls. The state has found the plaintiff mentally disabled since his psychiatric diagnosis following the negligent sexual assault examination, he lives in great fear of retaliation and other sexual assaults from this same party. There inadequate evidence collection, and lack of documentation, along with delinquent medical test, has allowed the3 perpetrators to not be prosecuted. The hospital cannot find the rape kit. This has caused great heat ache, pain and suffering, and a disabling mental health status. The plaintiff is suing for 10, 000,000.00 ten million in damages from Dallas Veterans Hospital, VA Health Care System North Texas.

## APPLICATION FOR TEMPORARY INJUNCTION

The plantiff prays for the court to put a temporary restraining order against Dallas VA employee first name Robert Whittaker in the emergency room department, for breaking his scope of practice as an emergency room triage nurse and transfering me to another hospital without seeing an emergeny room doctor at the Dallas Veterans Hospital. I'm in a work therapy program at the dallas va and report there every day. I can not get the va director Jeffery Milligan to respond or thev assistant director, to help with the situation and need court protection.

**REMEDIES REQUESTED**

Based on the above plaintiff request the court to award plaintiff the following remedies, Damages for loss of plaintiffs profit and wages because of his inability to work. Pain and suffering from his disabling mental health diagnosis following the lost/ruined sexual assault kit in the amount of 10,000,000.00 ten million for tort medical malpractice

**PRAYER**

Plaintiff prays that defendant be cited to appear and answer the allegations of the allegations contained in this petition, to hopefully find out why I was not seen by an Emergency room doctor and the kit was not done there, and find out why I was not treated with the industry standard of care, and cooperate with instructions for temporary injunction of restraining order. I Jason Jones am in a work therapy program and at the Dallas VA Hospital and report there daily for assignments and in fear of retaliation.

Respectfully Submitted,

Jason Patrick Jones

*[signature]*

4848 lemmon AVE BOX 415
Dallas TX 75219

# Progress Notes

Printed On Mar 16, 2018

```
HOURS WITH FOOD AS NEEDED

ALPRAZOLAM 0.5MG TAB              Sig: TAKE ONE TABLET BY MOUTH TWICE A DAY
AS NEEDED

DEXTROAMPHETAMINE 15MG TR CAP     Sig: TAKE 1 CAPSULE BY MOUTH THREE TIMES A
                                  DAY

Problem List:
Housing lack (SCT 266935003)
Lack of Housing (ICD-9-CM V60.0)
Screening Colonoscopy With Fam Hx Of Colon Ca (ICD-9-CM V76.51)
Family History of Malignant Neoplasm of Gastrointestinal Tract (ICD-9-CM V16.0)
Tobacco Use Disorder (ICD-9-CM 305.1)
Adult attention deficit hyperactivity disorder (SCT 444613000)

TRIAGE:
     2 High Risk situation/or confused/lethargic/disoriented/or severe
pain/distress

DISPOSITION:
Emergency Department Bed Number:

/es/ Robert W Whitaker I II, RN, BSN
Registered Nurse
Signed: 08/01/2016 19:35

08/01/2016 ADDENDUM                      STATUS: COMPLETED
  1950  VA police and Wanda, SW notified of assault.  Pt informed that he needs
to goto Parkland to receive a proper exam.  Dallas PD called by VA police and
DPD on the way to transport pt to Parkland.  pt is homeless and has nop
transportation

/es/ AMY LESTER
Registered Nurse
Signed: 08/01/2016 19:55
```

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)
JONES, JASON PATRICK
6336 KNOLL RIDGE DR
DALLAS, TEXAS  75249

VISTA Electronic Medical Documentation
Printed at DALLAS VA MEDICAL CENTER

# Progress Notes

Printed On Mar 16, 2018

```
LOCAL TITLE: NUR EMERGENCY DEPT TRIAGE NOTE
STANDARD TITLE: NURSING EMERGENCY DEPT TRIAGE NOTE
DATE OF NOTE: AUG 01, 2016@19:18     ENTRY DATE: AUG 01, 2016@19:18:31
      AUTHOR: WHITAKER,ROBERT W    EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

   *** NUR EMERGENCY DEPT TRIAGE NOTE Has ADDENDA ***

Patient: JONES,JASON PATRICK    DOB:             SS#

Patient stated personal identifiers: Name, SSN , Birth Date

 ARRIVED: Ambulatory

 ARRIVAL MODE: Privately Owned Vehicle

Patient unable to give personal identifiers, so Veteran's identity was verified
by:

 ARRIVED: Ambulatory

 ARRIVAL MODE: Public Transportation


CHIEF COMPLAINT: PT was at nightclub and believes he was "date raped" at a club
Saturday. States when he woke up he had rectal bleeding and chafing. PT
believes he knows the party involved. VAPD/Social Worker notified.
   Onset:  day(s)
   Source of Info:  Patient

Vital Signs:
BP:         128/83 (08/01/2016 19:16)
P:          77 (08/01/2016 19:16)
R:          18 (08/01/2016 19:16)
Pulse Ox:   98%    8/1/16@19:16:56
T:          97.3 F [36.3 C] (08/01/2016 19:16)
Pain:       0 (08/01/2016 19:16)

Allergies:    Patient has answered NKA

Immunizations:
Immunization                            Series Date      Facility    Reaction Info

INFLUENZA, UNSPECIFIED FORMULATIO*             11/10/2015 Jps

TDAP                                    B      05/25/2010 FORT WORTH*

Active Meds:  Computer is the source for the following medication list:

 IBUPROFEN 600MG TAB                    Sig: TAKE ONE TABLET BY MOUTH EVERY 8
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| JONES,JASON PATRICK<br>6336 KNOLL RIDGE DR<br>DALLAS, TEXAS  75249 | Printed at DALLAS VA MEDICAL CENTER |

Page 1


Please print legibly. To be filled out with medical information gathered from the patient. Please inform the patient that, should the case go to court, it may be necessary to gather additional evidence at a later time. Fill all spaces with information or N/A.

Name: Jones, Jason    DOB: [redacted]   Sex: M   Race: Caucasian
Address: homeless    Phone: no phone
Patient Brought in by: Dallas PD    Agency or Relationship of Escort: Dallas PD
Hospital Number: D40099547    Law Enforcement Case Number: 184800-2016
Exam Date: 8-1-2016    Beginning Time of Exam: 2339
**VITAL SIGNS:** Time 2341  Temp 98°  Pulse 73  Resp 16  B/P 120/82
Known Allergies: NKA
Current Medications: Xanax

**HISTORY OF ASSAULT:** Patient's description of pertinent details of the assault, if known by patient, such as orifice penetrated, digital penetration or use of foreign object, oral contact by assailant, oral contact by patient, etc.

Pt states "I was at a club. I remember being sprayed in the face with something. I woke up in the parking lot on the ground. I was assaulted by two women and a man. The woman put their mouth on my penis. The man put his penis in my rectum. They wiped me down with something and redressed me. Pfeitz RN, CA-SANE

Date of Assault: 7-31-2016    Time of Assault: ~0130    Number of Assailants: 3

**Prior to evidence collection, patient has:** N/A ☐ Douched ☑ Wiped/Washed ☐ Bathed ☐ Showered ☐ Urinated ☑ Defecated ☐ Vomited ☑ Had Food or Drink ☐ Brushed Teeth or Used Mouthwash ☐ Changed Clothes ☑ Smoked ☐ Other ☐ None of the Above

**At time of assault, was:**
Contraceptive foam or spermicide present? N/A
Lubricant used by assailant? ☒ No
What kind?
Condom used by assailant? ☒ No
Tampon present during assault? N/A
Patient menstruating? N/A
Assailant injured during assault? ☒ No
If known, where?
Was there penetration? ☐ Oral (unknown) ☒ Anus
Did ejaculation occur? ☒ Unknown
☐ Other (specify)

**At time of exam,** was tampon present? N/A
Menstruation at time of exam? N/A
When was the patient's most recent sexual contact with a male up to one week prior to the assault? denies
Race of that individual: N/A

If the response is less than 48 hours, inform the patient of the possibility that blood and fluid samples may be requested from that individual at a later time.

Pfeitz RN, CA-SANE
SIGNATURE OF EXAMINER

# STEP 16     AUTHORIZATION FOR EXAMINATION AND PAYMENT

I hereby authorize _____Methodist Dallas_____ to perform a sexual assault examination and
NAME OF HOSPITAL

request payment for this forensic evidence examination from the law enforcement jurisdiction to which the crime was reported.

_____Jones, Jason_____  _____8-1-2016_____
PRINTED NAME OF PATIENT                                DATE OF EXAMINATION

_____184800-2016_____
CASE #

NOTE: Once form is signed, it should be sent to the law enforcement jurisdiction for authorization of payment.

_____Dallas PD_____     _____     _____
LAW ENFORCEMENT AGENCY                      DATE               TIME

_____
AUTHORIZED SIGNATURE OF LAW ENFORCEMENT OFFICIAL

_____
PRINTED NAME OF LAW ENFORCEMENT OFFICIAL

JONES, JASON
DU00995947/DA0128800737
       40/M      08/01/16

NOTE: Please return this form to the hospital within 10 days. Texas Civil Statute Article 44471 requires that law enforcement agencies pay for evidence collection examinations in the case of reported sexual assault.

White (Medical Facility)      Yellow (Law Enforcement Representative)      Pink (Lab)                TX100:STEP16.1 12/14



**Methodist Dallas Medical Center**

JONES, JASON
DU00995947/DA0128800737
40/M    08/01/16

...NE NURSING FLOW SHEET/CHARGE SHEET

...ghts of the Patient (TX.323.005), the Role of *Sexual Assault Nurse Examiner* and the SAFE Team explained to patient
...gned Authorization/Consent for Medical Forensic Examination obtained.
...om Cleaning Log Completed
...porting SA    Case Number: 184800-2016
...w Enforcement notified    Agency: Dallas PD    Officer:
...lice not notified at the request of the patient, NO blood or urine, Only collect undergarments unless compelling reason to collect other
...n-Reporting SA, complete DPS paperwork    Unique Identifier: NRSAMHD_____
...rson(s) in room during exam    ☒Advocate Name: Pam    ☐Student Name
   ☐Other
...ood Drawn, Site: ® R antecubital (only able to get 1 grey tube (? dehydrated, homeless)
...ine Collected    ☐No Reason:
...egnancy Test: N/A    ☐Urine    ☐Serum    Results:    ☐Positive  ☐Negative
...oto documentation Completed with book mark end    ☐ if Not- why?    ☐ Patient Refused
...ogenital exam with photo documentation    ☐if Not- why?    ☐ Patient Refused    ☐ Not indicated
...dical/Forensic evidence collected, as indicated by history & assessment.    ☐ if Not- why?
...am extensive in length, reason_____    ☐N/A
...Physician: consulted initially & updated after assessment, EDMD's Name(s): Master
...egnancy prophylaxis discussed: N/A    ☐ Primary physician notified of order    ☐ Declined by patient
...st Exposure STI prophylaxis discussed:    ☒ Primary physician notified of order    ☐ Declined by patient
.../AIDS Referral to local resource for testing and treatment
...tient History reveals return to home is safe    ☐Patient History reveals safety plan needed prior to discharge
...nd-off report by SANE to ED Primary Care RN Name: Keshawn
.../CPS called    ☒No    ☐Yes, case number_____
...dence Disposition:
...aced in Secured Lock Box and logged
...ck all that apply: ☒Sealed SA Kit ☒Sealed Tox Kit ☐ Sealed Clothing Bag (s) #___    ☒Oral wash, Marked on front of SA Kit

| CPT Code | Description | Charge |
|---|---|---|
| ☒Rev Code 450 or 760 | Facility Charge | $250.00 |
| ☒57452 | SA Exam with digital Photography | $250 |
| ☐99283 | SA Exam without digital Photography | $200 |
| ☐81025 | Pregnancy Test | $6.00 |
| ☐81001 | Urinalysis (MDMC) | $9.00 |
| ☐80101 | Drug or Alcohol screen (MDMC) | $44.00 |
| ☒99000 | Lab Specimen handling | $20.00 |
| ☒36415 | Venipuncture | $20.00 |
| ☐99199 | Anogenital exam utilizing digital photography | $100 |
| ☐99499 | Evaluation Fee (requires additional documentation) | $106/hr |
| ☐99050 | Medical Services after hours (holiday, Saturday, Sunday) | $50 |
| ☒99053 | Medical Services- between 10 pm and 8 am at 24 hour facility | $50.00 |
| ☒ 015 / 99070 | Evidence collection kit | Up to $50.00 |
| ☒ 99070 | Supplies- Toxicology kit | Up to $100.00 |

...ember 2013 Version

...E'S Printed Name & Credentials: Pfeltis RN, CA-SANE