UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JASON PATRICK JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| VS. | ) |
| | ) 3:18-CV-1306-G (BT) |
| DALLAS VETERANS HOSPITAL, VA NORTH TEXAS HEALTH CARE SYSTEM, | ) |
| | ) |
| Defendant. | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has under consideration the findings, conclusions and recommendation of United States Magistrate Judge Rebecca Rutherford dated October 23, 2018. The district court has reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that plaintiff's claims against defendant Dallas Veterans Hospital, VA North Texas Health Care System should be **DISMISSED** without prejudice.

**SO ORDERED**.

November 16, 2018.

_____
**A. JOE FISH
Senior United States District Judge**